IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN DRYER CORPORATION )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RAS SYSTEMS, LLC )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-11597-RCL |

**CERTIFICATE OF FILING NOTICE OF
REMOVAL WITH CLERK OF BRISTOL SUPERIOR COURT**

I, Heidsha Batista, counsel for RAS Systems, LLC (hereinafter "RAS"), defendant in the above-captioned action, hereby certify that I caused a copy of the Notice of Removal of the above-captioned action to be filed on July 19, 2004 with the Clerk of the Bristol County Superior Court, in accordance with the provisions of 28 U.S.C. § 1446(d).

I further certify that I gave written notice of the filing of said Notice to all adverse parties by causing to be sent, by first class mail, a copy of the Notice of Filing of Notice of Removal and the Notice of Removal on July 19, 2004 to Scott W. Lang, Esq., plaintiff's counsel of record.

Signed under the pains and penalties of perjury this 19th day of July, 2004.

Heidsha Batista (BBO #655263)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Boston, MA 02210
(617) 946-4800