IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN DRYER CORPORATION )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RAS SYSTEMS, LLC )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-11597-RCL |

### STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

The plaintiff, American Dryer Corporation, and the defendant, RAS Systems, LLC ("RAS Systems"), hereby stipulate and agree that RAS Systems shall have up to and including August 20, 2004 in which to file a responsive pleading in this action.

| AMERICAN DRYER CORPORATION | RAS SYSTEMS, LLC |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Scott W. Lang<br>Scott W. Lang (BBO #285720)<br>Lang, Xifaras & Bullard<br>115 Orchard Street<br>New Bedford, MA 02740<br>(508) 992-1270 | /s/ Kevin J. Lesinski<br>Kevin J. Lesinski (BBO #554140)<br>Stephen Bazarian (BBO #553148)<br>Heidsha Batista (BBO #655263)<br>SEYFARTH SHAW LLP<br>World Trade Center East<br>Two Seaport Lane<br>Suite 300<br>Boston, MA 02210-2028<br>(617) 946-4800 |

So ordered this _____ day of July, 2004.

_____
United States District Judge