MAS-20031124  
aguiarka

**Commonwealth of Massachusetts**
**BRISTOL SUPERIOR COURT**
Case Summary
Civil Docket

07/21/2004
10:09 AM

# BRCV2004-00674
## American Dryer Corporation v RAS Systems, LLC

| | | | | |
|---|---|---|---|---|
| **File Date** | 06/16/2004 | **Status** | Disposed: transfered to other court (dtrans) | |
| **Status Date** | 07/21/2004 | **Session** | B - CtRm 2 - (Fall River) | |
| **Origin** | 1 | **Case Type** | A02 - Goods sold/delivered under contract | |
| **Lead Case** | | **Track** | F | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service** | 09/14/2004 | **Answer** | 11/13/2004 | **Rule12/19/20** | 11/13/2004 | |
| **Rule 15** | 11/13/2004 | **Discovery** | 04/12/2005 | **Rule 56** | 05/12/2005 | |
| **Final PTC** | 06/11/2005 | **Disposition** | 08/10/2005 | **Jury Trial** | Yes | |

### PARTIES

**Plaintiff**
American Dryer Corporation
88 Currant Road
Fall River, MA 02720
Active 06/18/2004

**Private Counsel 285720**
Scott W Lang
Lang Xifaras & Bullard
115 Orchard Street
New Bedford, MA 02740
Phone: 508-992-1270
Fax: 508-993-8696
Active 06/18/2004 Notify

**Defendant**
RAS Systems, LLC
1545 Peachtree Street, NE # S700
Atlanta, GA 30309
Served: 06/21/2004
Served (answr pending) 07/09/2004

**Private Counsel 554140**
Kevin J Lesinski
Seyfarth Shaw
World Trade Center East
2 Seaport Lane, Suite 300
Boston, MA 02210-2028
Phone: 617-946-4800
Fax: 617-946-4801
Active 07/19/2004 Notify

**Private Counsel 655263**
Heidsha Batista
Seyfarth Shaw
World Trade Center East
2 Seaport Lane, Suite 300
Boston, MA 02210-2028
Phone: 617-946-4800
Fax: 617-946-4801
Active 07/19/2004 Notify

**Other interested party**
FILE COPY
Active 06/18/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/16/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 06/16/2004 | | Origin 1, Type A02, Track F. |

case01 212858 y y y y y

Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

## BRCV2004-00674
### American Dryer Corporation v RAS Systems, LLC

| Date | Paper | Text |
|---|---|---|
| 06/18/2004 | | Notice of 93A complaint sent to Attorney General |
| 07/09/2004 | 2.0 | SERVICE RETURNED (summons): RAS Systems, LLC, service made on June 21, 2004 (certified mailing receipt, return receipt attached) |
| 07/19/2004 | 3.0 | Notice for Removal to the United States District Court filed by RAS Systems, LLC |
| 07/21/2004 | | Case REMOVED this date to US District Court of Massachusetts with (04-11597RCL) endorsement thereon |

**EVENTS**

| Date | Session | Event | Result |
|---|---|---|---|
| 06/18/2004 | CtRm Main - (Taunton) | Status: by clerk | Event held as scheduled |

A True Copy By Photostatic Process
Attest:

_[signature]_
Asst. Clerk of Courts