IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN DRYER CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-11597-RCL |
| ) | |
| RAS SYSTEMS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SECOND STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

The plaintiff, American Dryer Corporation, and the defendant, RAS Systems, LLC ("RAS Systems"), hereby stipulate and agree that RAS Systems shall have up to and including September 9, 2004 in which to file a responsive pleading in this action.

| AMERICAN DRYER CORPORATION | RAS SYSTEMS, LLC |
|---|---|
| By its attorneys, | By its attorneys, |
| | |
| /s/ Scott W. Lang_____ | /s/ Stephen C. Bazarian_____ |
| Scott W. Lang (BBO #285720) | Kevin J. Lesinski (BBO #554140) |
| Lang, Xifaras & Bullard | Stephen Bazarian (BBO #553148) |
| 115 Orchard Street | Heidsha Batista (BBO #655263) |
| New Bedford, MA 02740 | SEYFARTH SHAW LLP |
| (508) 992-1270 | World Trade Center East |
| | Two Seaport Lane |
| | Suite 300 |
| | Boston, MA 02210-2028 |
| | (617) 946-4800 |

Dated: August 13, 2004

So ordered this _____ day of July, 2004.

_____
United States District Judge