IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

AMERICAN DRYER CORPORATION          )
                                    )
                        Plaintiff,  )
                                    )
vs.                                 )          CIVIL ACTION NO.  04-11597-RCL
                                    )
RAS SYSTEMS, LLC                    )
                                    )
                        Defendant.  )
                                    )

## THIRD STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING

The plaintiff, American Dryer Corporation, and the defendant, RAS Systems, LLC

("RAS Systems"), hereby stipulate and agree that RAS Systems shall have up to and including

September 20, 2004 in which to file a responsive pleading in this action.

AMERICAN DRYER CORPORATION          RAS SYSTEMS, LLC

By its attorneys,                   By its attorneys,


/s/ Scott W. Lang_____   /s/ Stephen C. Bazarian_____
Scott W. Lang (BBO #285720)         Kevin J. Lesinski (BBO #554140)
Lang, Xifaras & Bullard             Stephen Bazarian (BBO #553148)
115 Orchard Street                  Heidsha Batista (BBO #655263)
New Bedford, MA 02740               SEYFARTH SHAW LLP
(508) 992-1270                      World Trade Center East
                                    Two Seaport Lane
                                    Suite 300
                                    Boston, MA 02210-2028
                                    (617) 946-4800


Dated:  September 8, 2004

        So ordered this _____ day of July, 2004.


                                    _____
                                    United States District Judge


BO1 15666615.1 / 29539-000001