```
PURCHASE ORDER          AMERICAN DRYER CORPORATION            PURCHASE ORDER
                               88 CURRANT ROAD                NUMBER   38930
                        FALL RIVER, MASS.  02720-4781         DATE   6/19/2002
TELEPHONE  508-678-9000                                       FAX  508-678-9447
```

********************************************************************************

```
ATTN:  RON PEGG/770-487-7300           FOB: DESTINATION
                                             TAX ID NUMBER   042382700
   TO:  RAS SYSTEMS INC.                     REQUEST         LEN D/DS
                                             ARRIVE BY       SEE BELOW
        1135 DIVIDEND COURT                  ROUTING         N/A
        PEACHTREE CITY, GA 30269

        AMERICAN DRYER CORP.                 AMERICAN DRYER CORPORATION
 SHIP   88 CURRANT ROAD           BILL       88 CURRANT ROAD
   TO   FALL RIVER, MA  02720-4781  TO       FALL RIVER, MA. 02720-4781
```

ALL DOCUMENTATION MUST REFERENCE OUR RELEASE NUMBER AND PART NUMBERS

```
   ADC PART NO./DESCRIPTION: RAS MULTIBEND MODEL 79 26
           VENDOR PART NO.: W/PANASONIC LOADING ROBOT
           QUANTITY ORDERED: 1 EA
                     PRICE: 775,000.000 EA      TAX EXEMPT

   RELEASE NUMBER: 38930-01     QUANTITY: 1              DUE DATE:  09/01/2002
                                $775,000.00 NET AFTER TRADE OF
                                2 MODEL 74 RAS FOLDERS, AND 1 FLEXIBEND
                                FOLDING MACHINE.  INVOICE MUST SHOW
                                GROSS SELLING PRICE OF $800,000.00 AND
                                TOTAL TRADE IN VALUE OF $25,000.00,
                                WHICH NETS TO $775,000.00 (TOOLING LIST
                                ATTACHED).

                                MACHINE VOLTAGE: 480V 3 PHASE 60HZ.

                                MACHINE WARRANTY: 2 YEARS PARTS & LABOR.

                                RAS WILL INCLUDE $25,000.00 WORTH OF
                                SPARE PARTS TO BE KEPT AT ADC FOR A
                                PERIOD OF 12 MONTHS.  ADC WILL HAVE
                                OPTION TO BUY AT THE END OF 12 MONTHS
                                AT A PRICE TO BE NEGOTIATED.

                                FULL COMPLEMENT OF TOOLING INCLUDING
                                SLOTTED TOOLING AND TOOLING NEEDED TO
                                PROCESS ALL COMPONENTS GIVEN TO RAS
                                DURING TRIAL PERIOD INCLUDING 250
```

            ***  CONTINUED ON NEXT PAGE ...  ***

```
  PURCHASE ORDER           AMERICAN DRYER CORPORATION              PURCHASE ORDER
                                 88 CURRANT ROAD                   NUMBER   38930
                           FALL RIVER, MASS.  02720-4781           DATE   6/19/2002
  TELEPHONE  508-678-9000                                          FAX  508-678-9447
```

******************************************************************************

```
ATTN:  RON PEGG/770-487-7300          FOB: DESTINATION
                                           TAX ID NUMBER    042382700
   TO:   RAS SYSTEMS INC.                      REQUEST      LEN D/DS
                                             ARRIVE BY      SEE BELOW
         1135 DIVIDEND COURT                   ROUTING      N/A
         PEACHTREE CITY, GA 30269

         AMERICAN DRYER CORP.                 AMERICAN DRYER CORPORATION
  SHIP   88 CURRANT ROAD              BILL    88 CURRANT ROAD
   TO    FALL RIVER, MA  02720-4781    TO     FALL RIVER, MA  02720-4781
```

ALL DOCUMENTATION MUST REFERENCE OUR RELEASE NUMBER AND PART NUMBERS

PROGRAMMED PARTS.

FOB: ADC/FALL RIVER

$100,000.00 DOWN WITH PURCHASE ORDER,
$100,000.00 AFTER SUCCESSFUL RUN OFF AT
ADC.  BALANCE DUE 60 DAYS AFTER
SUCCESSFUL START UP.

INSTALLATION BY RAS PERSONNEL, INCLUDING
TRAINING FOR 8 ADC EMPLOYEE'S AT ADC.

1 WEEK OF TRAINING PER YEAR AT ADC FOR
4 YEARS BASED UPON RAS AND ADC
NEGOTIATED SHEDULE.

RAS PERSONNEL TO PROGRAM 250 ADC
COMPONENTS PRIOR TO END OF INSTALLATION.

DELIVERY ON OR BEFORE SEPTEMBER 1, 2002.
IF DELIVERED AFTER OCTOBER 1, 2002 RAS
WILL PAY A LATE PENALTY OF $10,000.00
PER WEEK.

ADC'S FLEXIBEND WILL BE AVAILABLE TO RAS
2 WEEKS AFTER SUCESSFUL START UP.
ADC'S MODEL 74'S WILL REMAIN AT ADC FOR
NO LESS THAN 60 DAYS AFTER START UP OF

***   CONTINUED ON NEXT PAGE ...   ***

```
PURCHASE ORDER         AMERICAN DRYER CORPORATION            PURCHASE ORDER
                             88 CURRANT ROAD                 NUMBER   38930
                       FALL RIVER, MASS.  02720-4781         DATE   6/19/2002
TELEPHONE  508-678-9000                                      FAX  508-678-9447
```

****************************************************************************

```
ATTN:  RON PEGG/770-487-7300          FOB: DESTINATION
                                           TAX ID NUMBER    042382700
  TO:  RAS SYSTEMS INC.                    REQUEST          LEN D/DS
                                           ARRIVE BY        SEE BELOW
       1135 DIVIDEND COURT                 ROUTING          N/A
       PEACHTREE CITY, GA 30269

       AMERICAN DRYER CORP.                AMERICAN DRYER CORPORATION
 SHIP  88 CURRANT ROAD            BILL     88 CURRANT ROAD
  TO   FALL RIVER, MA  02720-4781  TO      FALL RIVER, MA. 02720-4781
```

ALL DOCUMENTATION MUST REFERENCE OUR RELEASE NUMBER AND PART NUMBERS

MULTIBEND.

ADC HAS THE OPTION TO PURCHASE A SECOND
MULTIBEND MACHINE BY JULY 1, 2004 FOR
$850,000.00 WHICH IS BASED ON A EURO
RATE OF $1.00 = .94E. THIS PURCHASE PRICE
WILL BE ADJUSTED BASED ON THE EURO RATE
ON THE DATE OF THE PURCHASE ORDER FOR
THE SECOND MACHINE.  TERMS WILL BE THE
SAME AS FIRST MACHINE.

THIS IS A NEW ORDER-PLEASE ACKNOWLEDGE

LATE DELIVERIES MAY RESULT IN RESCHEDULES OR CANCELLATIONS WITHOUT PENALTY TO ADC.

---

HELEN MONTE              email"hmonte@amdry.com"