

# SECTION ONE

## Introduction to

## RAS Systems

## MULTIBEND CENTER

This introduction will provide you with a brief overview of the many different types of systems that are available from RAS Systems. The MULTIbend Center is a very versatile and flexible system that is truly state-of-the-art. This machine sets the standard for what the forming of parts will be now and into the future.



May 6, 2003

RAS SYSTEMS, LLC
1135 Dividend Court
Peachtree City, GA 30269

Telephone (770) 487-7300 • Fax (770) 487-1007

# FOLDING CENTERS IN THE PRODUCTION FLOW

There is no question that the demand for automated manufacturing methods increases constantly. Fueled by the need for world-class quality, flexibility, and cost-competitiveness, manufacturers want systems and methods that are not only repeatable, but that can be optimally integrated into the production flow as well.

Many folding center installations are driven by similar pursuits. Forming the basis for downstream automation such as welding, joining, and assembly, folding centers provide manufacturers the repeatable dimensions and angles that are so crucial to these secondary processes. And in response to the high cost and scarcity of qualified labor, manufacturers also look to the folding center to increase production with a reduction of manpower.

Of great importance to many such investments is the speed at which a folding center can operate. Routinely matching the output of two turret punches, the folding center may also eliminate three to five press brakes where part characteristics are conducive to the folder's process. With such capability however, there is a tendency to see the folding center as being limited to long-run processes or large batch sizes. But quite the contrary is true.

Especially with small batches, kit production, and "just in time" processes, where changeovers are needed quickly and frequently, the folding center can provide the flexibility required to eliminate bottlenecks so often associated with such applications. The key word here is flexibility!

## Countless bending options
RAS uses the word "flexible" to describe three distinctly different characteristics of its folding center. The first characteristic involves how the system can be used for different bending situations. This includes, for example, the amount of free space in front or behind the tools, which is important for a variety of parts configurations. Just as important is the tool height, which determines the maximum height of a four-sided box. Key also is the integrated tool changer, as it sets up the machine for a new program and bending length with almost no interruption, and can change tools even during the bending cycle. This folding system is very versatile, and can even be used for special operations such as hems, radii, welding tabs, closed profiles, offset bends, bends on oblique parts, and bends inside of punched windows.

## Production Strategy Adaptation
RAS also uses flexible to describe how the system adapts to different production strategies. While batch production is still economically practical for many parts, other production concepts put the finished product, for example a filing cabinet, into the spotlight, bending all component parts in a sequence. This flexible adaptation is discussed later, in more detail.

Proposal #1619 – American Dryer



## Modular Machine Concept

The third flexible characteristic describes use of the system over time. Over the years, how the folding center is integrated in the production flow may change. Therefore, modular machine components are not only popular, but also critical, if the systems are to grow with the customer demands.

Perhaps the budget for the highest level of automation is simply not available at the beginning. Perhaps the shop wants to start with a manual loading system and modify the machine configuration later, depending on market development. The reasons to upgrade a system can be many, but most important to the ultimate wisdom of an investment is whether, at the end, the machine concept was flexible enough to allow other components to be seamlessly integrated later. This is a true statement for the RAS MULTIbend Center, whose modular components are easily reconfigured, and whose software is equally flexible by virtue of its simple parametric settings.

Various production strategies, from manual to fully automated, are all effective with the RAS MULTIbend Center. Implementation of these strategies is primarily reflected in the material handling options. RAS offers a variety of tested concepts.

## Manual Loading

First there is a manual loading option. It can be realized with the lowest investment and requires the smallest amount of floor space. But cost and space are certainly not the only arguments for this solution. If very small quantities of the same part should be bent in sequence, a change of pallets with different punched blanks most often is too time intensive and costly. The work is finished much quicker if the operator loads the different blanks (2 bases, 10 side panels, 3 covers etc.) manually and the machine runs them one after the other. This loading option is also ideal for very complicated or oblique blank shapes and for blanks with high embosses and/or louvers, which are difficult to stack. It is also ideal for perforated materials, where it is hard to create a vacuum for blank loading. The machine brings the finished part back to the operator, so that one person is responsible for loading and unloading.

## Blank Feeder

The Blank Feeder is the simplest automated loading system. One row of suction cups lifts the front of the blank. Then grippers grasp the blank and pull it into the folding center. This one-stack loading system is best suited for batch sizes over 20 to 30 pieces. A pallet with punched blanks sits on a scissor table, which can move out of the loading area for an easy pallet change. The ideal blanks for this system do not have embosses or louvers which could catch on each other when one blank is pulled across the other.

## Flexible Loading

An extremely open and versatile loading system for batch production processes is called, as the name implies, the FlexiFeeder. This system is capable of loading blanks from three different sides. The operator can feed blanks from the short side for single blanks or prototype parts without making use of the entire vacuum frame loading system. This direction also accepts blanks coming directly from a turret punch, if a direct link based on the different cycle times makes sense.

Proposal #1619 – American Dryer



The moveable scissor table usually carries a stack of punched blanks. Depending on floor space, a forklift driver can load pallets on the scissor table from either the front or rear of the FlexiFeeder. The scissor table may also take pallets directly from an automated material management system and place the empty pallet back into this system.

The MULTIbend Center automatically feeds the FlexiFeeder's CNC with the blank dimensions required for each part's program. The FlexiFeeder automatically decides which suction cup zone will be activated, and to which material thickness the detection system should be set. The vacuum frame then lifts the top blank from the stack, and places it on a transport table. A pre-centering function ensures that stacking accuracy is virtually irrelevant for a safe loading sequence.

Since the entire blank is freely lifted, the FlexiFeeder loading system is even suitable for materials with a sensitive surface, or for blanks with embosses and louvers.

**Pick-and-Place Feeder**
The Pick-and-Place Feeder follows an entirely different approach. Most finished products like doors, cabinets, and covers are built from several different component parts. As an example, let's take a cabinet built with six different components. Let's further assume that the individual components have been produced, up to now, in batches of 30.

Assembly of the cabinet can start only after all component batches have been processed, which means 180 component parts will have already been folded. Each folded component needs to go into a buffer with the continued chance that parts can be damaged during each handling operation. In addition, the floor space requirement for the buffer can be quite large, and the quality control department may constantly complain about the high logistic costs. Even worse, think about the commissioning effort if one customer will order two cabinets in red instead of the standard white. After all the superfluous effort, assembly can finally start. But wait. With the first cabinet, an operator discovers that the components don't fit, because a dimension was programmed incorrect and the part is out of tolerance. With a rush order, the incorrect parts will be produced again, and production costs are not important any more. After all, the customer wants prompt delivery.

**Kit production**
The Pick-and-Place Feeder is focused not on a single component, but on the complete assembly, or kit. Only after all blanks are assembled to make a cabinet and this cabinet has left production is it a sellable item. Before that point, it is nothing but work in process or undesirable inventory. The fastest way to reach this target is to produce all six parts of our example in a row and to continue with the next six parts of the next cabinet after that. RAS calls this kit production. The logistics effort will be almost eliminated and the entire production time will be reduced to a few hours only. Quality checks can be reduced significantly as production errors will show up immediately in the subsequent assembly. Also it will no longer be a difficult effort to re-route the parts for the two red cabinets into a different downstream production flow. The most important requirement for a kit production is, that the different blanks will be fed to the MULTIbend-CENTER in the right sequence. Multiple carriages are filled with punched or laser cut blanks. The vacuum frame lifting device takes the blanks in the selected

Proposal #1619 – American Dryer    

number from the different stacks and loads them to the MULTIbend CENTER in the pre-selected order. How many vacuum zones should be activated will be automatically determined based on the part dimension, transmitted by the MULTIbend-CENTER CNC. As soon as one stack empties, the controller gives a signal to the material handler, so that he can load new blanks in a timely manner. This is done while the system continues to pick parts from the other stacks. The selected blank in the loading area can be totally different from the one in the blank scanning area and from the one in the folding area. Therefore the MULTIbend-CENTER CNC is capable of running up to three different CNC programs at a time. This is the only method that allows a high throughput. As the tool changer sets up the new tool length automatically and without an operator involvement, the change over from one part to the other can be with almost no downtime. On a part design that meets automation demands changeover can be less than 5 seconds. Also the combination of kit and batch production is quite common. While there can be a kit production approach during the daytime, there may be a batch approach during the night shift.

The flexibility of the RAS MULTIbend-CENTER to adapt itself to different production scenarios is almost unlimited. Because of the modular system design a one time selected solution is not binding for the future. This modularity allows changeover to a different loading concept, if another loading system will be more suitable in the future. RAS can design one of these systems for your manufacturing facility. We have the solution to your bending problems.



## SECTION TWO

*hal99@bellsouth.net*

*2539.1*

**This section will e                    eatures and benefits of the RAS                         l components are discussed in th__ _____, but many not be included in the pricing section where we have broken down each item that we are proposing to include on your machine.**

May 5, 2003

**RAS SYSTEMS, LLC**
1135 Dividend Court
Peachtree City, GA 30269

Telephone (770) 487-7300 • Fax (770) 487-1007

Proposal #1619 – American Dryer



## CNC-MULTIBEND-CENTER  RAS 79 SERIES – TECHNICAL INFORMATION

The following technical write up will describe the available function and the components for the RAS 79 Series MULTIbend Center. A detailed component list is shown on the pricing pages for the machine that is being proposed in this offering.

MULTIbend Center – Rear

MULTIbend Center – Front View




| | **79.26** |
|---|---|
| Blank length maximum | 100" |
| Blank width maximum | 59" |
| Sheet thickness maximum related to 400 N/mm$^2$ (58000 PSI) tensile strength | 14 gauge |
| Box height four-sided maximum | 8" |
| Inner folding radius minimum | 1.25 x sheet thickness |
| Inner flange height minimum | 6 x sheet thickness |

**Manual Loading Station and Magic-Eye Scanner**

The workpieces are loaded onto the feeding station which incorporates the Magic-Eye scanner. Ball casters on the table ensure easy material movement. The Magic-Eye scanner measures the workpiece contour at the outsides or at the notches simultaneous to the forming of the previous part.



Proposal #1619 – American Dryer

RAS

**Loading Manipulator**
After measuring the sheet, the grippers of the loading manipulator clamp the workpiece automatically. The loading manipulator transfers the workpiece to the main manipulator.

**Main Manipulator**
The main manipulator receives the workpiece from the loading manipulator and secures it. The main manipulator rotates the workpiece steplessly and moves it simultaneously. The sheet support with built-in ball casters reduces the friction while supporting and manipulating the blank. After finishing the part, the main manipulator pulls the workpiece back to the unloading position. The main manipulator is positioned by high dynamic brushless AC-motors.



*Loading Manipulator & Main Manipulator*

The upper and lower clamp of the main manipulator move inside the main manipulator bridge. This allows loading of the following workpiece after the main manipulator has turned the part to the last bending side.

There are two options of part flow through the MULTIbend Center. When parts are completed, they can run out straight through the system, or back to the operator at the material loading location. This material flow capability is just one part of the most advanced and efficient material handling system in the world and provides the user with the ultimate in flexibility and productivity.

 

*Pass Through and Return Systems*

**Folding Cell**
The folding beam moves up and down via brushless AC-servo drives at 280 degrees per second. The folding beam includes 5 CNC axis for the swing, right and left positioning and the pendulum movement right and left needed for bending up and down.

Production is increased due to the synchronized movements. For example, the upstroke takes place during the folding beam swing back, or the downstroke starts while the workpiece is still positioned.



The MULTIBEND CENTER RAS 79 Series bends sheet metal by using the patented dynamic edge bending process. This offers up and down bending without flipping the workpiece. The tools do not slide along the material. Together with the five CNC axis driven folding beam and the plane contact area between tool and workpiece the result is scratch-free bending. If the application requires a soft or bigger radius, the folding beam can model a soft bend without tool change. In addition the folding beam can pass a prebent flange of up to 110 mm (4.33").



The work area of the folding beam is secured by an electric safety fence.

The upstroke and downstroke movement of the high-dynamic upper beam is activated by an AC-servo motor.

**Tool Seat**
The tool seat locks the upper beam tools automatically as soon as the folding process begins.



Proposal #1619 – American Dryer



**Folding Beam Tool Set**
The tools of the folding beam are segmented. They come as basic and adapter sets. Therefore, all tool lengths can be composed in lengths of 5mm. The hardened folding tools can be mounted into the folding beam in several different positions which allow production of all parts geometries.



**Upper Beam Tool Set**
Tool composition can be made out of different tool segments. The tools are clamped automatically in the upper beam tool seat. The free area in front of the tool is up to 50 mm deep (1.97"). A four-sided box can be as high as to 203mm (8") high. The CNC Controller determines the tools needed and their location automatically. This feature is standard, even on a machine without an automatic tool changer.

**Double Band Run Out and Parts Balancer**
On the "Pass Through System", a double band run-out belt emerges from the sheet support surface and conveys the finished part from the folding cell. It can raise to two heights: a) standard height (10mm - .393") b) extra height (40mm – 1.57") for transport of the parts with the last flange. The last flange down length can be a maximum of 1.57".



The parts balancer simultaneously moves together with the double band run-out from the sheet support system in order to lift the finished workpiece parallel.

On the "Return to Operator System", the finished part is returned to the operator at the loading side of the machine.

**CNC Controller - "MULTIBEND 9001"**
The 64-bit RISC processor of the CNC color graphic "RAS-MULTIBEND 9001" controller offers ultimate speed and regulates all actions including loading and unloading. The text programming is in English and the graphic symbols make the operation simple.



For variable part dimensions the controller uses parametric programs allowing fully automatic reprogramming of the workplece including parts positioning, tool set-up and collision check.

The powerful integrated service diagnostic system helps in detecting errors and allows for telephone service support. The program permanently monitors the status and the voltage at each axis, each motor, each controller in and output.

Proposal #1619 – American Dryer



**Tool Changer**
With remarkable 5 m/s (197"/s) the two grippers of the tool changer, work rapidly together, grip an upper beam tool segment and place it within 0.02 mm (0.007") accuracy.

The self-intelligent tool changer needs no programming. It realizes automatically the required tool length from the part length. It composes the tools from the tool segments and calculates the fastest change-over strategy.

The tool magazine stores all tools that are not used along side the upper beam.



**Automatic Corner Piece Activator**
The roto-foot corner pieces can be located at any position along the upper beam. A separate energy connection for driving the sections in and out is not required. A patented automatic corner piece activation system drives the corner pieces in and out under a simple program control.

**Roto-Foot Corner Pieces**
The right and left corner pieces can be located at any position within the overall length of the upper beam tool set. The foot of the corner piece is programmable allowing it to move inside for overlapping flanges during the upstroke of the upper beam. The corner piece needs no direct drive link and offers unlimited flexibility. The free area at the side of the tool can be 30mm (1.18") or 50 mm (1.96").



**Automatic Folding Beam Elbow Tools**
(for bends which are reset and within the workpiece)

These tools can automatically bend interrupted offset flanges. The tools are activated with the magic wand. They collapse or come into position via a program control.



Proposal #1619 – American Dryer



**Magic Wand**
(for automatic lowering and lifting of the automatic folding beam elbow tools)

The tool changer grips the magic wand and brings it to the correct location. A magic wand can be used by the left or right tool change gripper.

**Elbow-Tool, Magic Wand**

Different tool lengths within the folding cycle.

**Applications:**
Long bends inside of the part.
Bends inside of a window.
Oblique parts.



**Tab Tools**
(for welding tabs, length 100mm 3.93")

These tools are used to bend welding tabs within the program cycle. Welding tabs can be created exactly one material thickness behind the main flange. The tool changer picks a tab tool with both left and right gripper arm and places them back in the tool magazine after usage.

**Tab-Tools**

Short bends at variable positions which are in front or behind the main bend line.

**Applications:**
Welding Tabs

 



**Buffer Station**
The sheet support with ballcasters of the double band run-out tilts to one side and moves the finished part laterally to the buffer station. Brushes reduce the speed of the sliding part.



**RAS MULTIBEND-CENTER**
with BlankFeeder



Proposal #1619 — American Dryer

There are many different types of loading systems available from RAS. We will work with you on any particular need you may have to fit your production needs.

**Offline Software plus CADalyzer**
This software contains all the CNC menus that are necessary for programming. The screen design is identical to the menus at the CNC. During data input the CADalyzer indicates each bending step graphically and illustrates collisions with the bending tools. It automatically creates a complete bend program with all the necessary information by pressing one button. Moreover, the open programming system also allows the import of external CAD data. For network solutions or several PC's, additional licenses must be purchased.

| RAS 79.26 MULTIBEND CENTER Technical Data | | |
|---|---|---|
| Sheet thickness max (mild steel) | 14 gauge | 2.0 mm |
| Sheet thickness max (stainless steel) | 16 gauge | 1.5 mm |
| Sheet thickness max (aluminum) | 0.125 in. | 3.0 mm |
| Max working length | 100.78" | 2560 mm |
| Min finished part length (w/o corner pieces) | 10.24 in. | 260 mm |
| Min finished part length (w/small corner pcs) | 17.72 in. | 450 mm |
| Min finished part length (w/large corner pcs) | 19.68 in. | 500 mm |
| Max blank width | 59.06 in. | 1500 mm |
| Max finished part width (outside) | 59.06 in. | 1500 mm |
| Min finished part width (inside) | 5.91 in. | 150 mm |
| Max finished four-sided part height * | 8.0 in. | 203 mm |
| Free area beside corner pieces | 1.18/1.97 in. | 30/50 mm |
| Free area in front of upper tools | 1.97 (2.36) in. | 50 (60) mm |
| Folding beam travel range | 180 degrees | 180 grad |
| Working height | 39.4 in. | 1000 mm |
| Machine width | 334.65 in. | 8500 mm |
| Machine length | 228.35 in. | 5800 mm |
| Max machine height | 96.5 in. | 2450 mm |
| Approximate weight | 30858 lbs | 17000 kg |
| Approximate drive power | 33.9 hp | 25 kW |

Proposal #1619 – American Dryer

