## Ron.Pegg@RAS-Systems.com

| | |
|---|---|
| **From:** | "Len Dozois" <ldozois@amdry.com> |
| **To:** | <ron.pegg@ras-systems.com> |
| **Sent:** | Wednesday, May 21, 2003 10:58 AM |
| **Subject:** | Your recently submitted proposal |

Good morning Ron,

As we discussed this morning, your recent proposal omitted some pertinent information.
Please review the following and add it to the wording of your proposal on a 2nd Multibend:

Multibend with Robot:
Base Price = $838,770  ( adjusted for euro conversion )
Robot loader = $120,000
Discount = $50,000
Net price = $908,770

*Exact verbage added. See following*

Multibend with Ras Loader:
Base Price = $ 838,770
Ras Loader = $208,000
Discount = $50,000
Net Price = $996,770

Also please note that the warranty period for both our existing Multibend and the 2nd Multibend will end on the same date, which would be at the end of the 2nd warranty year of the 2nd machine.

You will also issue a credit on our existing machine for the sum of $10,000 towards the install of a light curtain which will allow ADC to load one side of the robot while the robot picks parts from the other side, enabling us to avoid stopping the machine to load skids.

The $10,000 credit will also be applied to the pricing of the 2nd machine.

Ron, please incorporate this into your quote and forward to us. At that time we will process payment of the balance owed on our existing Multibend.

Regards
Len


Len Dozois
Vice President Manufacturing
American Dryer Corporation
Tel No. 508-678-9000  Ext. 317
Fax No. 508-678-9447
Email : LDozois@amdry.com

5/18/2004