| PURCHASE ORDER | AMERICAN DRYER CORPORATION<br>88 CURRANT ROAD<br>FALL RIVER, MASS. 02720-4781 | PURCHASE ORDER<br>NUMBER 31756<br>DATE 5/27/2003 |
|---|---|---|
| TELEPHONE 508-678-9000 | | FAX 508-678-9447 |

**ATTN:** RON PEGG/770-487-7300

**TO:** RAS SYSTEMS INC.
1135 DIVIDEND COURT
PEACHTREE CITY, GA 30269

**FOR:** ORIGIN / TRUCK FREIGHT COLLECT
**TAX ID NUMBER** 042382700
**REQUEST** LEN D/DS
**ARRIVE BY** SEE BELOW
**ROUTING** UPS

**SHIP TO:** AMERICAN DRYER CORP.
88 CURRANT ROAD
FALL RIVER, MA 02720-4781

**BILL TO:** AMERICAN DRYER CORPORATION
88 CURRANT ROAD
FALL RIVER, MA. 02720-4781

ALL DOCUMENTATION MUST REFERENCE OUR RELEASE NUMBER AND PART NUMBERS

ADC PART NO./DESCRIPTION: RAS MULTIBEND MODEL 79.26
VENDOR PART NO.: W/MOTOMAN ROBOT LOADER
QUANTITY ORDERED: 1 EA
PRICE: 898,770.000 EA    TAX EXEMPT

RELEASE NUMBER: 31756-01   QUANTITY: 1   DUE DATE: 11/30/2003

*[handwritten note:] Never received anything but this single faxed page. Never saw the referenced terms, and never acknowledged.*

THIS IS A NEW ORDER ✓ PLEASE ACKNOWLEDGE
PER TERMS AND CONDITIONS OF ADDENDUM A
ALL INVOICES MUST BE APPROVED BY LEN D

LATE DELIVERIES MAY RESULT IN RESCHEDULES OR CANCELLATIONS WITHOUT PENALTY TO ADC.

*[signature]* 6/26/03

JOHN ZAWERUCHA       EMAIL: jzawerucha@amdry.com