May.19. 2004 3:11PM  RAS Systems, LLC                                    No.9981  P. 23/
Aug.19. 2003 10:16AM  RAS                                                No.                P.

RAS Systems, LLC
1135 DIVIDEND COURT | PHONE 770-487-7300
PEACHTREE CITY     | FAX 770-487-1007
GEORGIA 30269



RAS SYSTEMS LLC

VIA FACSIMILE
(508) 678-9447

August 19, 2003

Dennis Slutsky
American Dryer Corporation
88 Currant Road
Fall River, MA 02720-4781

Dear Dennis:

This letter is intended to confirm our oral agreement regarding the payment terms on your purchase order number 31754 in favor of RAS Systems, LLC. Please acknowledge your agreement that the following terms will replace those stated on your original order, by signing and returning a copy of this letter by facsimile to (770) 487-1007.

$100,000.00 down payment with order
10% of remaining balance upon delivery to ADC
25% of remaining balance upon startup (or "power on")
50% of remaining balance within two weeks of successful production parts
Balance within 90 days of successful production parts

Sincerely,

Hal Latham
Controller

Acknowledged and agreed:

_____        8-26-03
Dennis Slutsky, American Dryer Corporation    Date

Get my RAS WORKING (Please)

TOTAL P.01

Received  Aug-26-03  09:11pm    From-5086789447    To-    Page 001