# Hal Latham

**From:** "Ron.Pegg@RAS-Systems.com" <ronpegg@Bellsouth.net>
**To:** "Hal Latham" <hal99@bellsouth.net>
**Sent:** Friday, May 14, 2004 4:19 PM
**Subject:** Fw: American Dryer Corporation Purchase Order Number 31754

----- Original Message -----
From: Len Dozois
To: 'ron.pegg@ras-systems.com'
Sent: Friday, May 14, 2004 4:16 PM
Subject: American Dryer Corporation Purchase Order Number 31754

Good afternoon Ron,
We have decided to cancel our PO 31754.
Please forward a check to us in the amount of our down payment. ( $100,000.00 )
Also, please arrange to pick up your on-loan Flexibend.

Ron, please call me if you have any questions or want to discuss this further.

Regards
Len



Len Dozois
Vice President Manufacturing
American Dryer Corporation
Tel No. 508-678-9000  Ext. 317
Fax No. 508-678-9447
Email : LDozois@amdry.com