

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801
www.seyfarth.com

Writer's direct phone
(617) 946-4891

Writer's e-mail
sbazarian@seyfarth.com

August 24, 2004

**VIA FAX & 1st CLASS MAIL**

Scott W. Lang, Esq.
Lang, Xifaras & Bullard
115 Orchard St.
New Bedford, MA 02740

Re: *American Dryer Corp. v. RAS Systems, LLC*, U.S. District Court for the District of Massachusetts, C.A. No. 04-11597-RCL.

Dear Scott:

Our client is in the process of considering the issues we discussed in our most recent conversation. In the meantime, this will confirm that you have informed us that American Dryer Corp. is willing to release to RAS Systems the Flexibend machine it loaned to your client on or about September 1, 2003. To that end, please be advised that RAS will have a truck at your client's Fall River, Massachusetts, facility at 9:00 a.m. on August 30, 2004, to pick up that machine. Please confirm that the machine will be ready for return to our client at that date and time.

Thank you. Naturally, do not hesitate to contact us if you have any questions or comments.

Sincerely,

SEYFARTH SHAW LLP

Stephen C. Bazarian

scb:mtf
cc: Mr. Ron Pegg (via FAX)
    Mr. Hal Latham (via FAX)
    Kevin J. Lesinski, Esq.

BO1 15663496.1

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA