IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

AMERICAN DRYER CORPORATION
    Plaintiff/Defendant-in-counterclaim

vs.                                                           Civil Action No. 04-11597-RCL

RAS SYSTEMS, LLC
    Defendant/Plaintiff-in-counterclaim

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 112.4

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 112.4 of the United States District Court for the District of Massachusetts, counsel for the Plaintiff/Defendant-in-counterclaim, American Dryer Corporation, certifies that American Dryer Corporation is a Massachusetts corporation and has no parent corporations, and that no publicly held company owns 10 percent or more of the stock of American Dryer Corporation.

                                                            AMERICAN DRYER CORPORATION,
                                                            By its Attorney,

                                                           /s/ Scott W. Lang
                                                           Scott W. Lang, Esquire  BBO #285720
                                                           Lang, Xifaras & Bullard
                                                           115 Orchard Street
                                                           New Bedford, MA  02740
                                                           (508) 992-1270

Dated:  October 12, 2004