IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

AMERICAN DRYER CORPORATION
    Plaintiff/Defendant-in-counterclaim

vs.                                             Civil Action No. 04-11597-RCL

RAS SYSTEMS, LLC
    Defendant/Plaintiff-in-counterclaim

### PLAINTIFF'S CERTIFICATION OF COMPLIANCE
### WITH LOCAL RULE 16.1(d)(3)

The Plaintiff, American Dryer Corporation, and its attorney, Scott W. Lang, hereby certify, pursuant to Local Rule 16.1(D)(3), that American Dryer Corporation's authorized representative, J. Robert Lynch, has conferred with counsel on the following:

1. establishing a budget for the costs of conducting the full course, and various alternatives, of this litigation; and

2. to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| AMERICAN DRYER CORPORATION,<br>By its Vice President and<br>Authorized Representative: | SCOTT W. LANG, ESQUIRE,<br>As Legal Counsel for<br>American Dryer Corporation, |
|---|---|
| /s/ J. Robert Lynch<br>J. Robert Lynch<br>American Dryer Corporation<br>88 Currant Road<br>Fall River, MA  02720<br>(508) 678-9000 | /s/ Scott W. Lang<br>Scott W. Lang, Esquire,  BBO #285720<br>Lang, Xifaras & Bullard<br>115 Orchard Street<br>New Bedford, MA  02740<br>(508) 992-1270 |
| Dated: November 2, 2004 | Dated:  November 2, 2004 |