IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN DRYER CORPORATION,                )<br>                                                                        )<br>            Plaintiff/Defendant-in-                   )<br>            counterclaim,                                 )<br>                                                                        )<br>vs.                                                                 )<br>                                                                        )<br>RAS SYSTEMS, LLC,                                   )<br>                                                                        )<br>            Defendant/Plaintiff-in-                   )<br>            counterclaim.                                )<br>                                                                        ) | CIVIL ACTION NO.  04-11597-RCL |

**LOCAL RULE 16.1(D)(3) CERTIFICATION OF
RAS SYSTEMS, LLC, AND ITS COUNSEL**

Pursuant to Local Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned certify that they have conferred: (i) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (ii) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

**RAS SYSTEMS, LLC**                                                **RAS SYSTEMS, LLC**
By its attorneys,


/s/ Stephen C. Bazarian                                           /s/ Hal Latham
Kevin Lesinski (BBO: 554140)                                By:  Hal Latham
Stephen C. Bazarian (BBO # 553148)                   Its:  Controller
SEYFARTH SHAW
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800

DATED:  November 3, 2004

BO1 15677498.1