

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801

www.seyfarth.com

Writer's direct phone
(617) 946-4891

Writer's e-mail
sbazarian@seyfarth.com

November 29, 2004

Ms. Lisa Hourihan
United States District Court
District Of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    *American Dryer Corp. v. RAS Systems, LLC*, U.S. District Court for the District of Massachusetts, C.A. No. 04-11597-RCL.

Dear Ms. Hourihan:

    As per your request, this will confirm that the parties to this case have agreed to attempt to mediate the matter. We are now in the process of choosing a mediator and a date for the proceeding.

    Thank you. Please do not hesitate to contact us if you have any questions.

    Sincerely,

    SEYFARTH SHAW LLP

    Stephen C. Bazarian

:km
cc:    Scott W. Lang, Esq.
        Kevin Lesinski, Esq.

BRUSSELS | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

BO1 15682911.1