IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN DRYER CORPORATION, )<br>)<br>Plaintiff/Defendant-in- )<br>counterclaim, )<br>)<br>vs. )<br>)<br>RAS SYSTEMS, LLC, )<br>)<br>Defendant/Plaintiff-in- )<br>counterclaim. )<br>) | CIVIL ACTION NO. 04-11597-RCL |

## JOINT MOTION TO REFER CASE TO MAGISTRATE JUDGE KENNETH P. NEIMAN FOR MEDIATION

NOW COME plaintiff/defendant-in-counterclaim American Dryer Corporation and defendant/plaintiff-in-counterclaim RAS Systems, LLC, and hereby jointly request that this Court refer this matter to Magistrate Judge Kenneth P. Neiman for mediation. In addition, the parties jointly request that this matter, including all Scheduling Order deadlines, be stayed until the conclusion of mediation.

| AMERICAN DRYER CORPORATION | RAS SYSTEMS, LLC |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Scott W. Lang | /s/ Stephen C. Bazarian |
| Scott W. Lang (BBO #285720) | Kevin J. Lesinski (BBO #554140) |
| Lang, Xifaras & Bullard | Stephen Bazarian (BBO #553148) |
| 115 Orchard Street | Heidsha Batista (BBO #655263) |
| New Bedford, MA 02740 | SEYFARTH SHAW LLP |
| (508) 992-1270 | World Trade Center East |
| | Two Seaport Lane |
| | Suite 300 |
| | Boston, MA 02210-2028 |
| | (617) 946-4800 |

Dated: December 2, 2004

BO1 15683340.1 / 29539-000001

2

BO1 15683340.1 / 29539-000001