UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_American Dyer Corporation_
Plaintiff(s)

v.

_RAS Systems LLC_,
Defendant(s)

CIVIL ACTION

NO. _04-11597-RCL_

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE _LINDSAY_

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[✓] On _February 1, 2005_ I held the following ADR proceeding:

___ SCREENING CONFERENCE   ___ EARLY NEUTRAL EVALUATION

_X_ MEDIATION (followup telephone conference)   ___ SUMMARY BENCH / JURY TRIAL

___ MINI-TRIAL   ___ SETTLEMENT CONFERENCE

[✓] All parties were represented by counsel ~~except~~ _____

[✓] The parties were present in person or by authorized corporate officer

The case was:

[✓] Settled. A _30_ day order of dismissal has been entered by the court.

[ ] There was progress.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

_February 1, 2005_
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge