UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMERICAN DRYER CORP.,           )
         Plaintiff           )
                             )
                             )
   v.                           )   Civil Action No. 04-11597-RCL
                             )
                             )
RAS SYSTEMS, LLC,               )
         Defendant           )

## SETTLEMENT ORDER OF DISMISSAL
February 4, 2005

The court, having been advised on February 1, 2005, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and with prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

/s/ Bethaney A. Healy
Bethaney A. Healy
Deputy Clerk